# IN RE MISTY McADAMS

Ancillary to
*Sharon Lee Downes v. The State of Texas*
No. 06-13-00146-CR

\* \* \* \* \*

# ORDER

\* \* \* \* \*

Issued on January 14, 2014

Debra K. Autrey, Clerk
Court of Appeals
Sixth Appellate District of Texas at Texarkana

by _____
Molly Pate, Deputy Clerk

Filed on January 14, 2014

Debra K. Autrey, Clerk
Court of Appeals
Sixth Appellate District of Texas at Texarkana

by _____
Molly Pate, Deputy Clerk

O R D E R

On January 9, 2014, this Court entered an order directing Misty McAdams to appear before this Court on February 10, 2014, to show cause why she should not be held in contempt for failing to obey an order of this Court and failing to file the reporter's record in cause number 06-13-00146-CR, styled *Sharon Lee Downes v. The State of Texas*. We also provided McAdams a final opportunity to file the record. She has now filed the reporter's record in the referenced matter, which we have reviewed and find to be adequate.

We have reconsidered our need for a hearing and withdraw our order directing McAdams to appear before this Court. No contempt order will be issued.

BY THE COURT

Date: January 14, 2014